# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHARLES SCHWAB & CO., INC.,**
      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1359-Orl-31JGG**

**ELIZABETH ALLEN,**
**MERRILL LYNCH, PIERCE, FENNER &**
**SMITH, INC.,**
      **Defendants.**

_____

## ORDER

This matter comes before the Court *sua sponte*. Upon review of an earlier order (Doc. 26) that, among other things, cancelled a hearing scheduled for October 6, the Court has determined that the order requires clarification. Accordingly, it is hereby

**ORDERED** that the Defendants shall respond to the Plaintiff's motion for preliminary injunction (Doc. 2) on or before September 29, 2006. The Defendants are not required to respond to the Plaintiff's Motion for Leave to Conduct Discovery (Doc. 13), which has already been denied.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 22, 2006.

                                                                       GREGORY A. PRESNELL
                                                                  UNITED STATES DISTRICT JUDGE