**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHARLES SCHWAB & CO., INC.,**
           **Plaintiff,**

**-vs-**                                                              Case No.  6:06-cv-1359-Orl-31JGG

**ELIZABETH ALLEN,**
**MERRILL LYNCH, PIERCE, FENNER &**
**SMITH, INC.,**
           **Defendants.**
_____

## ORDER

Upon consideration of Plaintiff's objections (Doc. 35) to the Order of Magistrate Judge Glazebrook (Doc. 17) denying Plaintiff's Motion for Expedited Discovery (Doc. 13) and Defendant's response thereto (Doc. 45), the Court finds that the Order of the Magistrate Judge was not clearly erroneous or contrary to law.  Accordingly, it is

**ORDERED** that Plaintiff's objection is OVERRULED and the Order of Magistrate Judge Glazebrook is AFFIRMED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 25, 2006.

                                                                            GREGORY A. PRESNELL
Copies furnished to:                                           UNITED STATES DISTRICT JUDGE

Counsel of Record
Unrepresented Party