# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHARLES SCHWAB & CO., INC.,**
    **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1359-Orl-31JGG**

**ELIZABETH ALLEN,**
**MERRILL LYNCH, PIERCE, FENNER &**
**SMITH, INC.,**
    **Defendants.**

_____

## ORDER

Since this dispute is governed by an agreement to arbitrate, and in light of the fact that Plaintiff's Motion for preliminary injunctive relief has been denied (Doc. 50), it is

**ORDERED** that this case is STAYED pending arbitration. The Clerk is directed to administratively close the file. The case may be reopened upon proper application by either party.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 27, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party